BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE HOME-STAKE PRODUCTION COMPANY )
SECURITIES LITIGATION                )   DOCKET NO. 153

ORDER

      The Panel having found, upon the basis of the papers submitted that the actions listed on the attached Schedule A involve common questions of fact and that transfer of these actions to the Northern District of Oklahoma for coordinated or consolidated pretrial proceedings would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

      IT IS ORDERED that all actions on the attached Schedule A pending in districts other than the Northern District of Oklahoma be, and the same hereby are, transferred to the Northern District of Oklahoma and, with the consent of that court, assigned to the Honorable Luther L. Bohanon for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407, with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman

| SCHEDULE A | DOCKET NO. 153 |
|---|---|
| **NORTHERN DISTRICT OF OKLAHOMA** | |
| Home-Stake Production Co., et al. v. Edwin W. Halvorson, et al. | Civil Action No. 73-C-58 |
| Judson L. Streicher, et al. v. Home-Stake Production Co., et al. | Civil Action No. 73-C-175 |
| United California Bank, et al. v. Home-Stake Production Co., et al. | Civil Action No. 73-C-227 |
| Ivan A. Anixter, et al. v. Home-Stake Production Co., et al.   N | Civil Action No. 73-C-382 |
| Leland I. Leachman, et al. v. Home-Stake Production Co., et al. | Civil Action No. 73-C-344 |
| **SOUTHERN DISTRICT OF NEW YORK** | |
| The Chase Manhattan Bank, etc. v. Home-Stake Production Co., et al. | Civil Action No. 73 Civ. 74 |